# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID BUESO

NO. 2019 KW 0682

SEP 3 0 2019

In Re:  David Bueso, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0089.

BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT